■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PATRICK CAIN, Appellant.—Appeals by the defendant, as limited by his motion, from two sentences of the Supreme Court, Richmond County (Felig, J.), both imposed June 26, 1991.

Ordered that the appeals are dismissed *(see, People v Seaberg,* 74 NY2d 1). Mangano, P. J., Harwood, Lawrence, Copertino and Santucci, JJ., concur.